No. 96–2030. GUIDO ET AL. *v.* CUVO ET AL. Commw. Ct. Pa. Certiorari denied.

No. 96–2031. CITY OF NEW ORLEANS *v.* DEPARTMENT OF LABOR. C. A. 5th Cir. Certiorari denied.

No. 96–2032. SCHLOTZ ET UX. *v.* HYUNDAI MOTOR CO. ET AL. Ct. App. Minn. Certiorari denied.

No. 96–2033. MCARTY *v.* NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 96–2034. SFIC PROPERTIES, INC. *v.* INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, DISTRICT LODGE 94, LOCAL LODGE 311, AKA IAMAWD. C. A. 9th Cir. Certiorari denied.

No. 96–2036. WAUGH *v.* INTERNAL REVENUE SERVICE. C. A. 8th Cir. Certiorari denied.

No. 96–2037. SCHAFFER ET UX. *v.* AGRIBANK, FCB, ET AL. Ct. App. Minn. Certiorari denied.

No. 96–2038. SUTTON *v.* UNITED STATES;
No. 96–2043. NOVOA *v.* UNITED STATES;
No. 96–2049. JOBE *v.* UNITED STATES; and
No. 96–2050. JOBE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 101 F. 3d 1046.

No. 96–2039. CAMPFIELD *v.* CONNECTICUT. App. Ct. Conn. Certiorari denied.

No. 96–2040. KCAL–TV CHANNEL 9 *v.* LOS ANGELES NEWS SERVICE. C. A. 9th Cir. Certiorari denied.

No. 96–2042. GRAY *v.* IDAHO. Ct. App. Idaho. Certiorari denied.

No. 96–2047. COPANOS *v.* FOOD AND DRUG ADMINISTRATION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 96–2048. ABURAHMAH *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.